SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd South, 11th Floor
Las Vegas, Nevada 89101
(702) 388-6336
dan.schiess@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00027-JCM-EJY |
| Plaintiff, | |
| v. | Motion to Unseal |
| RICHARD VAIRO, | |
| Defendant. | |

The United States submits this motion to unseal this case. Defendant Richard Vairo made his initial appearance in Florida and had his arraignment and plea hearing in Las Vegas, Nevada. No reason now exists for the case to remain under seal.

SUE FAHAMI
Acting United States Attorney

*/s/ Daniel R. Schiess*
Daniel R. Schiess
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 31, 2025