UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-027-APG-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| RICHARD VAIRO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Richard Vairo to the criminal offenses, forfeiting the property set forth in the Stipulation for Entry of Order of Forfeiture as to Richard Vairo (Stipulation) and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Richard Vairo pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 44; Stipulation, ECF No. 53; Preliminary Order of Forfeiture, ECF No. 54.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $4,000,000 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from March 3, 2026, through April 1, 2026, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibit, ECF Nos. 57-1, p. 5; 58-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 59.

On March 20, 2026, the United States Attorney's Office served Louise Vairo at 180th TER by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 8-10, 12-15, 17-20

On March 20, 2026, the United States Attorney's Office served and attempted to serve Louise Vairo at Ocean Dr by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as unclaimed and unable to forward. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 8-10, 12-15, 21-23.

On March 20, 2026, the United States Attorney's Office served and attempted to serve Louise Vairo at Pines Blvd by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as unclaimed and unable to forward. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 8-10, 12-15, 24-26.

On March 20, 2026, the United States Attorney's Office attempted to serve Louise Vairo at 4th St by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as insufficient address and unable to forward. The regular mailing was returned as attempted - not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 8-10, 12-15, 27-29.

On March 20, 2026, the United States Attorney's Office served and attempted to serve Raphael Ewerton Vairo at 180th TER by regular and certified return receipt mail with

2

the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as unclaimed- unable to forward. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 8-10, 12-15, 30-32.

On March 20, 2026, the United States Attorney's Office served and attempted to serve Raphael Ewerton Vairo at Ocean Dr by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as attempted - not known and unable to forward. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3-4, 8-10, 12-15, 33-34.

On March 20, 2026, the United States Attorney's Office served and attempted to serve Raphael Ewerton Vairo at Pines Blvd by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as unclaimed and unable to forward. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4, 8-10, 12-15, 35-37.

On March 20, 2026, the United States Attorney's Office attempted to serve Raphael Ewerton Vairo at 2nd Ave by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as attempted - not known and unable to forward. The regular mailing was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4, 8-10, 12-15, 38-40.

On March 20, 2026, the United States Attorney's Office served and attempted to serve Lucianne Pires Ewerton Vairo at Pines Boulevard by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as unclaimed and unable to forward. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4, 8-10, 12-15, 41-43.

On March 20, 2026, the United States Attorney's Office attempted to serve Lucianne Pires Ewerton Vairo at 2nd Ave by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as attempted - not known and unable to forward. The regular mailing was returned as

unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4, 8-10, 12-15, 44-46.

On March 20, 2026, the United States Attorney's Office attempted to serve Lucianne Pires Ewerton Vairo at 83rd Way by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as attempted – not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4, 8-10, 12-15, 47-49.

On March 20, 2026, the United States Attorney's Office served and attempted to serve Lucianne Pires Ewerton Vairo at 180th TER by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mailing was returned as unclaimed- unable to forward. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4, 8-10, 12-15, 50-52.

On March 27, 2026, the United States Attorney's Office served Scholer & Sons, LLC, c/o Eric Scholer, Registered Agent & Manager, at Cheyenne by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 53.

On March 27, 2026, the United States Attorney's Office served Scholer & Sons, LLC, c/o Eric Scholer, Registered Agent & Manager, at Verde Park Cir by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 54-55.

On March 27, 2026, the United States Attorney's Office served Eric Scholer, Registered Agent & Manager, at Cheyenne Ave Ste 290 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 56-57.

On March 27, 2026, the United States Attorney's Office served Eric Scholer, Registered Agent & Manager, at Freedom Square Dr by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 58-59.

On March 27, 2026, the United States Attorney's Office served Eric Scholer, Registered Agent & Manager, at Alta Dr by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 60-63.

On March 27, 2026, the United States Attorney's Office served Eric Scholer, Registered Agent & Manager, at Verde Park Cir by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 64-65.

On March 27, 2026, the United States Attorney's Office served Eric Scholer, Registered Agent & Manager, at Yamato Rd by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 66-69.

On March 27, 2026, the United States Attorney's Office served Eric Scholer, Registered Agent & Manager, at Grizzly St by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 70-71.

On March 27, 2026, the United States Attorney's Office attempted to serve Eric Scholer, Registered Agent & Manager, at Smith Rd by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 5, 8-10, 12-15, 72-4.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1.    2023 Ferrari Model 296 GTS, red in color, Vehicle Identification Number: ZFF01SMA5P0295815 (property);

an in personam criminal forfeiture money judgment of $4,000,000, and that the net sale proceeds of the property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A); and

the forfeiture of the money judgment and the property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Richard Vairo, Louise Vairo, Raphael Ewerton Vairo, Lucianne Pires Ewerton Vairo, Scholer & Sons, LLC, and Eric Makeli Scholer.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____June 25_____, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT CHIEF JUDGE

6